RICHARD E. QUINTILONE II (SBN 200995)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD SUITE 100
LAKE FOREST, CA 92630-4961
TELEPHONE NO. (949) 458-9675
FACSIMILE NO. (949) 458-9679
E-MAIL: REQ@QUINTLAW.COM

JOHN D. TRIEU (SBN 189198)
**LAW OFFICES OF JOHN D. TRIEU, APC**
9211 BOLSA AVE., SUITE 222
WESTMINSTER, CA 92683
TELEPHONE NO.: 714.892.2154
FACSIMILE NO.: 714.893.6710
E-MAIL: JOHN@TRIEULAW.COM

Attorneys for Plaintiff, VAN BA MA on behalf of himself and on behalf of a Class of all other persons similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN BA MA, on behalf of himself and on behalf of a Class of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COVIDIEN HOLDING, INC., an unknown business entity; TYCO HEALTHCARE GROUP LP, an unknown business entity; EV3 INTERNATIONAL, INC., an unknown business entity; MICRO THERAPEUTICS, INC. and DOES 1 through 100, inclusive,<br><br>Defendants . | **Case No.: SACV12-2161-DOC (RNBx)**<br><br>**CLASS ACTION**<br><br>**Assigned for All Purposes to:**<br>**The Honorable David O. Carter**<br>**Courtroom: 9D**<br><br>**DECLARATION OF RICHARD E. QUINTILONE II, ESQ REGARDING STATUS OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE AND SETTING OF FINAL APPROVAL HEARING** |

# DECLARATION OF RICHARD E. QUINTILONE II

I, Richard E. Quintilone II, declare:

1. I am an attorney at law, duly licensed to practice before all courts in the State of California. I am the principal attorney of Quintilone & Associates counsel of record for Class Plaintiffs in this action. I have personal knowledge of the matters stated herein. If called as a witness I could and would testify truthfully and competently to the matters stated herein.

2. Quintilone & Associates has moved this case forward on behalf of the Class and the Class Representative.

3. On **October 29, 2013**, the parties attended a mediation in Los Angeles, California before Mark Rudy, Esq., an experienced and well-respected mediator. The mediation involved extensive, strongly debated, separate and joint discussions and negotiations regarding the likelihood of class certification, as well as the facts, data, evidence and merits of the underlying claims and defenses.

4. With Mr. Rudy's assistance, by the end of mediation, the Parties were provided a mediator's proposal and tentative agreement on all claims and major issues. Due to the size of the Defendant numerous levels of approval were required and received by December 9, 2013. The parties are currently finalizing a Joint Stipulation and Settlement Agreement, including a non-reversionary monetary settlement in an amount not to exceed $2,500,000.00 Effectively, the parties have a settlement and are nailing down the details of the agreement and notice and will file a Motion for Preliminary Approval next week.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed by me on **October 8, 2013**, at **Lake Forest**, **California**.

_____
RICHARD E. QUINTILONE II, ESQ

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **December 16, 2013**, I served the foregoing document(s):

**DECLARATION OF RICHARD E. QUINTILONE II ESQ RE STATUS OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

on the following parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

\_\_\_\_\_ *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____ *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____ *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

_X_ \_\_\_ *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail, the Court's Electronic Mail or via comparable electronic service.

Executed on **December 16, 2013**, at Lake Forest, California.

\_\_\_X\_\_\_\_\_ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____ (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
RICHARD E. QUINTILONE II

## SERVICE LIST

| | |
|---|---|
| Linda Claxton, Esq.<br>Daniel Parker Jett, Esq<br>Brenden Joy, Esq.<br>Ogletree Deakins<br>400 South Hope Street Suite 1200<br>Los Angeles, CA  90071<br>Phone:  213-239-9800<br>Fax: 213-239-9045<br>daniel.jett@ogletreedeakins.com<br>brendan.joy@ogletreedeakins.com<br>linda.claxton@ogletreedeakins.com | Counsel for Defendant COVIDIEN, L.P. (erroneously named as TYCO HEALTHCARE GROUP, L.P., COVIDIENT HOLDING, INC., EV3 INTERNATIONAL, INC. and MICRO THERAPEUTICS, INC.) |
| John D. Trieu, Esq.<br>Law Offices of John D. Trieu, APC<br>9211 Bolsa Avenue, Suite 222<br>Westminster, CA 92683<br>Telephone No. (714) 892-154<br>Facsimile No.  (714) 893-6710<br>Email john@trieulaw.com | Co-Counsel for Plaintiff and Class |

**Q&A Case No. 12.01116**